IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § MAG. DOCKET NO.: _____ |
| | § |
| v. | § |
| | § |
| JEFFREY EUGENE FULLER (05) | § CRIMINAL NO.: 3:16-CR-00060-M |

## ENTRY OF APPEARANCE OF COUNSEL

[✓] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[ ] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

April 16, 2020
Date

/s/ Skyler Y. Stuckey
Signature of Attorney

Skyler Y. Stuckey
Attorney Name (Please Print)

24079411
Attorney Bar Number

1601 Elm St., Suite 4600
Street Address

Dallas, TX  75201
City/State/Zip

sstuckey@grayreed.com
Email Address

(469) 320-6083
Telephone (including area code)

(469) 320-6907
Fax Number