IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:16-CR-00060-M |
| | § | |
| JEFFREY EUGENE FULLER (5), | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Upon Motion of Defendant for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and for home confinement under 18 U.S.C. § 3624(c)(2) and the CARES Act,

IT IS ORDERED that the Motion is:

☒ DEFERRED pending supplemental briefing. The Court DIRECTS the United States Attorney to file a response on or before July 20, 2020, along with all Bureau of Prisons records [medical, institutional, administrative] supporting the approval or denial of this Motion.

☐ DISMISSED WITHOUT PREJUDICE for want of jurisdiction because of Defendant's pending direct appeal.

☐ DENIED FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES under 18 U.S.C. § 3582(c)(1)(A) (failure to fully exhaust all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf; the lapse of 30 days from the receipt of such a request by the Warden, whichever is earlier).

☐ DENIED after complete review of the Motion on the merits under 18 U.S.C. § 3582(c)(1)(A). Factors considered (optional):

☐ Defendant's request for release to home confinement is DENIED. The CARES Act and 18 U.S.C. § 3624(c)(2) do not grant courts statutory authority to modify a defendant's place of incarceration.

**SO ORDERED**.

July 14, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE